RAISIN & LEVINE, INC., Appellant, v. NORTHERN ASSURANCE CO., LTD., Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse.

HENRY A. NAU, Respondent, v. VULCAN RAIL & CONSTRUCTION COMPANY, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

GEORGE WILLY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RONALD K. BROWN, as Executor, etc., of MARY A. HORTON, Deceased. HOWARD SIMPSON, Legatee, Appellant; RONALD K. BROWN, as Executor, etc., Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Petition of WILLIAM J. AMEND, as Trustee of the Trust Created by and under the Last Will and Testament of CHARLES DECKER, Deceased, for an Order Requiring CARRIE F. DESTEFANO and CELESTINA F. DELORENZO to Render and File Their Account as Executrices under the Last Will and Testament of ANGELO FRASINETTI, Deceased. WILLIAM J. AMEND, as Trustee, etc., Petitioner, Appellant; CARRIE F. DESTEFANO and CELESTINA F. DELORENZO, as Executrices, etc., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [175 Misc. 52.]

LORETTO AGATHA DAVIES, Respondent, v. HATTIE BOCKHORST, as Administratrix, etc., of JOHN B. ELSEY, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN PEDRO PIRES, by His Guardian ad Litem, MARTIN COSTA, Respondent, v. RECORD TRANSPORTATION COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LOUIS A. IORIO, Also Known as ANTHONY DIBENARDO, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.